UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHAD YOUTH ENHANCEMENT CENTER, INC. and UNIVERSAL HEALTH SERVICES, INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>COLONY NATIONAL INSURANCE CO., <br><br>　　　　Defendant. | Case No. 3:09-0545 <br> Judge Echols |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) Defendant Colony National Insurance Co.'s Motion to Transfer Venue (Docket Entry No. 17) is hereby DENIED;

(2) Defendant Colony National Insurance Co.'s Motion to Dismiss Count III of the Amended Complaint (Docket Entry No. 19) is hereby DENIED;

(3) Defendant Colony National Insurance Co.'s Cross-Motion for Summary Judgment (Docket Entry No. 46) is hereby DENIED; and

(4) Plaintiffs Chad Youth Enhancement Center's and Universal Health Services, Inc.'s Motion for Partial Summary Judgment (Docket Entry No. 33) which seeks declaratory relief on Count I of Plaintiffs' Amended Complaint is hereby GRANTED and the Court hereby DECLARES that the Colony Policy provides coverage for punitive damages for Plaintiffs in the case pending in the Eastern District of Pennsylvania styled Paulette M. Dolby as the administratrix of the Estate of Omega Leach, III v. Universal Health Services, Inc., *et al.*.

This case is hereby returned to the Magistrate Judge for further pretrial case management in accordance with Local Rule 16.01 in relation to the claims contained in Counts II and III of Plaintiffs' Amended Complaint.

It is SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1