```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


CHAD YOUTH ENHANCEMENT CENTER,   )
INC., ET AL.                     )
                                 )
v.                               )  NO. 3:09-0545
                                 )  JUDGE ECHOLS
COLONY NATIONAL INSURANCE CO.    )
```

**O R D E R**

Pending before the Court is Plaintiffs' Motion for Leave to File Reply to Defendant's Memorandum in Opposition to Plaintiffs' Motion for Award of Attorney's Fees and Defendant's Request for Evidentiary Hearing (Docket Entry No. 70). Plaintiffs' Reply is attached to their Motion (Docket Entry No 70-1).

The Motion is hereby GRANTED. The Clerk is directed to give Plaintiffs' Reply a separate docket entry number.

It is so ORDERED.

                                   _/s/ Robert L. Echols_
                                   ROBERT L. ECHOLS
                                   UNITED STATES DISTRICT JUDGE