IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CHAD YOUTH ENHANCEMENT CENTER, INC. | : | |
| and | : | Civil Action No. 3 09 0545 |
| | : | District Judge Echols |
| UNIVERSAL HEALTH SERVICES, INC. | : | Magistrate Judge Brown |
| Plaintiffs, | : | |
| v. | : | |
| COLONY NATIONAL INSURANCE COMPANY | : | |
| Defendant. | : | |

**NOTICE OF APPEAL
OF COLONY NATIONAL INSURANCE COMPANY**

NOTICE IS HEREBY GIVEN that Defendant Colony National Insurance Company hereby appeals to the United States Court of Appeals for the Sixth Circuit from the following:

(1) the judgment entered in the above-captioned action on June 1, 2010 (Docket Entry No. 72) from which Colony may take an appeal of an interlocutory order, leave for which appeal was granted in the District Court's Order entered in the above-caption action on June 1, 2010 (Docket Entry No. 71);

(2) the Order entered in the above-caption action on June 1, 2010 (Docket Entry No. 71), which Order denied Defendant Colony National Insurance Company's Motion for Reconsideration; and

(3) the District Court's February 2, 2010 Order (Docket Entry No. 56), which Order denied Defendant Colony National Insurance Co.'s Cross-Motion for Summary Judgment and

1

granted Plaintiffs Chad Youth Enhancement Center's and Universal Health Services, Inc.'s Motion for Partial Summary Judgment and declared that the Colony Policy provides coverage for punitive damages for Plaintiffs in the case pending in the Eastern District of Pennsylvania styled *Paulette M. Dolby as the administratrix of the Estate of Omega Leach, III v. Universal Health Services, Inc., et al*.

Respectfully submitted,

S/Larry I. Gramovot
LARRY I. GRAMOVOT
Gramovot & Takacs, P.L.
1400 Village Square Blvd., No. 3-405
Tallahassee, Florida 32312-1231
Phone: 850-325-1914
Fax: 866-386-6321 (toll free)
E-Mail: Larry@lig-law.com
Counsel for Defendant

S/Michael B. Neal
MICHAEL B. NEAL
McNabb, Bragorgos & Burgess, PLLC
81 Monroe Ave. 6th Floor
Memphis, Tennessee 38103
Telephone: 901-624-0640
Fax: 901-624-0650
Email: mneal@mbb-law.com
Counsel for Defendant Colony National
Insurance Company

CERTIFCATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appeal of Colony National Insurance Company will be served by the Court's ECF filing system on the following:

Larry I. Gramavot
Gramovot & Takacs, P.L.
1400 Village Square Blvd., No. 3-405
Tallahassee, Florida 32312-1231

Gilbert M. Coogler
Attorney for Colony National Insurance Company
WHITE, FLEISCHNER & FINO, LLP
61 Broadway, 18th Floor
New York, New York 10006

Michael B. Neal
Attorney for Colony National Insurance Co.
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
mneal@mbb-law.com

Marty R. Phillips and
Ashley Donnell Cleek
Attorneys for Plaintiffs
Chad Youth Enhancement Center, Inc.
And Universal Health Services, Inc.
RAINEY, KIZER, REVIERE & BELL, PLC
105 South Highland Ave.
Jackson, TN 38301

Meredith A. Galto and
Richard F. McMenamin
Attorneys for Plaintiffs
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market St.
Philadelphia, PA 19103

U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

s/ Michael B. Neal

4