UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHAD YOUTH ENHANCEMENT CENTER, INC. and UNIVERSAL HEALTH SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLONY NATIONAL INSURANCE CO., <br><br> Defendant. | Case No. 3:09-0545 <br> Judge Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, Plaintiffs Chad Youth Enhancement Center, Inc. and Universal Health Services, Inc. are hereby AWARDED attorney's fees in this case in the amount of $115,395.03, consisting of $94,500.41 for the work performed by Morgan, Lewis & Bockius, LLP, and $20,894.62 for the work performed by Rainey, Kizer, Reviere & Bell, PLC.

Entered this 12th day of October 2010.

It is so Ordered.

_____
ALETA A. TRAUGER
United States District Judge