08538-67115

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHAD YOUTH ENHANCEMENT CENTER, INC. and UNIVERSAL HEALTH SERVICES, INC.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COLONY NATIONAL INSURANCE CO.<br><br>　　　　Defendant. | Civil Action No. 3:09cv0545<br>Judge Trauger |

_____

## SATISFACTION OF JUDGMENT
_____

Comes now Colony National Insurance Co., by and through counsel, and acknowledges the receipt of Four Million Seven Hundred and Seventy Four Thousand Seven Hundred and Seventy Dollars and 00/100 ($4,774,770.00) remitted by Plaintiffs, Chad Youth Enhancement Center, Inc. and Universal Health Services, Inc., in full and final satisfaction for the final judgment on remand which was entered in this matter on June 6, 2012.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　GRAMOVOT & TAKACS, P.L.


　　　　　　　　　　　　　　　　　__/s/ Larry I. Gramovot_____
　　　　　　　　　　　　　　　　　Larry I. Gramovot
　　　　　　　　　　　　　　　　　1400 Village Square Blvd., No. 3-405
　　　　　　　　　　　　　　　　　Tallahassee, FL 32312-1231
　　　　　　　　　　　　　　　　　Ph: (850) 325-1914
　　　　　　　　　　　　　　　　　Fax: (850) 386-6321
　　　　　　　　　　　　　　　　　E-mail: larry@lig-law.com

08538-67115

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon counsel of record **via the Court's electronic filing system**:

Richard F. McMenamin
Viola Vetter
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
PH: (215) 963-5000
Fax: (215) 963-5001
rmcmenamin@morganlewis.com

Marty R. Phillips
Ashley D. Cleek
RAINEY, KIZER, REVIERE & BELL, P.L.C.
105 South Highland Avenue
Jackson, TN 38301
Ph: (731) 423-2414
Fax: (731) 426-8111
mphillips@raineykizer.com
acleek@raineykizer.com

This, the 27th day of June, 2012.

                         /s/ Larry I. Gramovot
                         Larry I. Gramovot